
FILED
DEC 29 2014
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff and Respondent,<br><br>vs.<br><br>JUSTIN ZACHARY FULTZ,<br><br>Defendant and Movant. | Cause No. CR 11-127-BLG-SPW<br>CV 13-153-BLG-SPW<br><br>ORDER DISMISSING § 2255<br>MOTION AND DENYING<br>CERTIFICATE OF APPEALABILITY |

On December 6, 2013, Defendant/Movant Justin Zachary Fultz moved to reinstate his motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. Fultz is a federal prisoner proceeding pro se.

On October 25, 2013, Fultz voluntarily withdrew his original motion. *See* Mot. § 2255 (Doc. 81); Notice (Doc. 90). Although he reinstated the motion, on September 29, 2014, the Court ordered him to state whether he intended to proceed with the re-filed § 2255 motion. Order (Doc. 113) at 2 ¶ 1. Fultz failed to respond to the Order.

As Fultz does not intend to proceed, the § 2255 motion is dismissed, and a certificate of appealability is denied.

Accordingly, IT IS HEREBY ORDERED as follows:

1

1. Fultz's second motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 97) is DISMISSED.

2. A certificate of appealability is DENIED. The Clerk of Court shall immediately process the appeal if Fultz files a Notice of Appeal;

3. The Clerk of Court shall ensure that all pending motions in this case and in CV 13-153-BLG-SPW are terminated and shall close the civil file by entering a judgment of dismissal.

DATED this 29th day of December, 2014.

SUSAN P. WATTERS
United States District Judge